640 A.2d 415

**In re the NOMINATION PAPERS OF Thomas A. LINGENFELTER as A Candidate for the Office of Lieutenant Governor of the Commonwealth of Pennsylvania.**

**OBJECTION OF Angeline DOMANICO, John Domanico, John Wolaniuk, III, Joan Lead and Michael Gallagher.**

Supreme Court of Pennsylvania.

Submitted April 15, 1994.

Decided April 29, 1994.

Reargument Denied June 1, 1994.

Lawrence Otter, Dublin, for T. Lingenfelter.

William Goldstein, Bensalem, for A. & J. Domanico, J. Wolaniuk, J. Reed & M. Gallagher.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appellant's motion for stay is denied, and the order of the Commonwealth Court is affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.